UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

Stanford Clacks,

                Plaintiff,        Case No. 21-CV-611

vs.

Kwik Trip, Inc.,

                Defendant.

---

**DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE/MOTION TO COMPEL**

---

Defendant Kwik Trip, Inc. respectfully moves this Court for an Order to Dismiss for Failure to Prosecute/Motion to Compel.

This Motion is made on the grounds that:

1. Plaintiff has failed to provide any responses to Defendant's discovery requests, which are more than a month overdue; and

2. Plaintiff has indicated a refusal to appear for his noticed deposition.

This Motion is based upon Rules 26, 30, 33, 34, and 37 of the Federal Rules of Civil Procedure, and upon the supporting memorandum of law, the declaration and exhibits, and upon the files, records and proceedings herein.

| | |
|---|---|
| Dated: March 4, 2022 | */s/ Emily A. McNee* |

                                            Emily A. McNee, Bar No. 0395228
                                            emcnee@littler.com
                                            Jacqueline E. Kalk, Bar No. 0388459
                                            jkalk@littler.com

                                            LITTLER MENDELSON P.C.
                                            1300 IDS Center
                                            80 South 8th Street
                                            Minneapolis, MN  55402.2136
                                            Telephone:   612.630.1000
                                            Facsimile:     612.630.9626

                                            **ATTORNEYS FOR DEFENDANT**
                                            **KWIK TRIP, INC.**

4896-1409-3074.1 / 047514-1077