IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STANFORD CLACKS,

    Plaintiff,

v.

                                        Case No. 21-cv-611-jdp

KWIK TRIP, INC,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kwik Trip, Inc. against plaintiff Stanford Clacks dismissing this case.

| s/ J. Friedl, Deputy Clerk | 4/26/2023 |
|---|---|
| Joel Turner, Clerk of Court | Date |