AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| Stanford Clacks | ) |
| v. | ) Case No.: 3:21-cv-00611-jdp |
| Kwik Trip, Inc. | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __04/26/2023__ against __Plaintiff, Stanford Clacks__,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,241.50 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 1,280.00 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 563.21 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 36.50 |
| TOTAL | $ 3,121.21 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service    ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:   /s/ Jacqueline E. Kalk

Name of Attorney:  Jacqueline E. Kalk

For:   Defendant, Kwik Trip, Inc.                                 Date: _____
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*                *Deputy Clerk*                *Date*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Stanford Clacks,

                Plaintiff,          Case No. 21-CV-611-jdp

vs.

Kwik Trip, Inc.,

                Defendant.

## ITEMIZATION OF COSTS

**Fees for Service of Subpoenas**

| Description | Amount |
|---|---|
| Platinum Courier - Subpoena to McLane Foodservice, Inc. | $206.00 |
| Platinum Courier – Subpoena to Wal-Mart | $70.50 |
| Platinum Courier – Subpoena to Masterson Staffing Solutions | $75.00 |
| Platinum Courier – Subpoena to FedEx Group Package Systems, Inc. | $185.00 |
| Platinum Courier – Subpoena to Pepsi Beverage Company | $75.00 |
| Platinum Courier – Subpoena Wellspring Telehealth, LLC | $195.00 |
| Platinum Courier – Subpoena to J B Hunt Transport, Inc. | 185.00 |
| Platinum Courier – Subpoena to Outreach Corporation | 250.00 |
| Subtotal | $1,241.50 |

**Fees for printed or electronically recorded transcripts**

| Description | Amount |
|---|---|
| Veritext – Plaintiff's Deposition | $1,280.00 |

**Fees and disbursements for printing**

| Description | Amount |
|---|---|
| Xact Data Discovery – Printing of Exhibits (Plaintiff's Deposition) | $563.21 |

**Other Costs**

| Description | Amount |
|---|---|
| Ciox Health – Electronic Data Fee for Records from Dean Medical Group | $2.00 |
| Ciox Health – Electronic Data Fee for Records from Concentra | $2.00 |
| Ciox Health – Electronic Data Fee for Records from UW Health | $2.00 |
| Ciox Health – Electronic Data Fee for Records from Prairie Ridge Health | $2.00 |
| McLane Company, Inc. – Fee for Obtaining Plaintiff's Employment Records | $28.50 |
| Subtotal | $36.50 |
| GRAND TOTAL | $3,121.21 |

| Ciox Health | | |
|---|---|---|
| P.O. Box 409740 |  | Invoice #: **0369613333** |
| Atlanta, Georgia 30384-9740 | **INVOICE** | Date: **04/04/2022** |
| Fed Tax ID 58 - 2659941 | | Customer #: **1192123** |
| 1-800-367-1500 | | |

| Ship to: | Bill to: | Records from: |
|---|---|---|
| QUANG TRANG<br>LITTLER MENDELSON PC<br>1300 IDS CENTER<br>80 S 8TH ST<br>MINNEAPOLIS,MN 55402-2100 | QUANG TRANG<br>LITTLER MENDELSON PC<br>1300 IDS CENTER<br>80 S 8TH ST<br>MINNEAPOLIS,MN 55402-2100 | DEAN MEDICAL GROUP<br>2202 W BELTLINE HWY<br>MADISON,WI 53713-2342 |

**Requested By:** LITTLER MENDELSON PC          **DOB :** 09/25/1992
**Patient Name:** CLACKS STANFORD

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Elect) 1 | 40 | 0.00 | 0.00 |
| Electronic Data Archive Fee | | | 2.00 |
| Subtotal | | | 2.00 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 2.00 |
| Balance Due | | | 2.00 |

**Terms: Net 30 days**          **Please remit this amount : $2.00(USD)**

---- ✂ ----

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

| Invoice #: | **0369613333** |
|---|---|
| Check # | _____ |
| Payment Amount $ | _____ |

**Get future medical records as soon as they are processed, by signing up for secure electronic delivery.**
Register at: https://edelivery.cioxhealth.com

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

# Ciox Health

P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

**CIOX HEALTH INVOICE**

| | |
|---|---|
| Invoice #: | 0370039300 |
| Date: | 04/07/2022 |
| Customer #: | 1192123 |

**Ship to:**
QUANG TRANG
LITTLER MENDELSON PC
1300 IDS CENTER
80 S 8TH ST
MINNEAPOLIS,MN 55402-2100

**Bill to:**
QUANG TRANG
LITTLER MENDELSON PC
1300 IDS CENTER
80 S 8TH ST
MINNEAPOLIS,MN 55402-2100

**Records from:**
CONCENTRA WI/MAD
1619 NORTH STOUGHTON ROAD
MADISON,WI 53704

| | | | |
|---|---|---|---|
| **Requested By:** | LITTLER MENDELSON PC | **DOB :** | 09/25/1992 |
| **Patient Name:** | CLACKS STANFORD | | |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Elect) 1 | 43 | 0.00 | 0.00 |
| Electronic Data Archive Fee | | | 2.00 |
| Subtotal | | | 2.00 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 2.00 |
| Balance Due | | | 2.00 |

**Terms: Net 30 days**          **Please remit this amount : $2.00(USD)**

---

# Ciox Health

P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

| | |
|---|---|
| Invoice #: | 0370039300 |
| Check # _____ | |
| Payment Amount $ _____ | |

**Get future medical records as soon as they are processed, by signing up for secure electronic delivery.**
Register at: https://edelivery.cioxhealth.com

## Please return stub with payment.

Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500



**INVOICE**

| | |
|---|---|
| Invoice #: | 0369380044 |
| Date: | 03/31/2022 |
| Customer #: | 1192123 |

**Ship to:**
QUANG TRANG
LITTLER MENDELSON PC
1300 IDS CENTER
80 S 8TH ST
MINNEAPOLIS,MN 55402-2100

**Bill to:**
QUANG TRANG
LITTLER MENDELSON PC
1300 IDS CENTER
80 S 8TH ST
MINNEAPOLIS,MN 55402-2100

**Records from:**
PRAIRIE RIDGE HEALTH
1515 PARK AVE
COLUMBUS,WI 53925-1618

**Requested By:** LITTLER MENDELSON PC
**Patient Name:** CLACKS STANFORD
**DOB:** 09/25/1992

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Elect) 1 | 16 | 0.00 | 0.00 |
| Electronic Data Archive Fee | | | 2.00 |
| Subtotal | | | 2.00 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 2.00 |
| Balance Due | | | 2.00 |

**Terms: Net 30 days**      **Please remit this amount : $2.00(USD)**

---

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: 0369380044

Check #_____

Payment Amount $_____

**Get future medical records as soon as they are processed, by signing up for secure electronic delivery.**
Register at: https://edelivery.cioxhealth.com

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.



**Ciox Health**

P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

**INVOICE**

| | |
|---|---|
| Invoice #: | 0371292615 |
| Date: | 04/20/2022 |
| Customer #: | 1192123 |

**Ship to:**
LITTLER MENDELSON PC
LITTLER MENDELSON PC
1300 IDS CENTER
80 S 8TH ST
MINNEAPOLIS,MN 55402-2100

**Bill to:**
LITTLER MENDELSON PC
LITTLER MENDELSON PC
1300 IDS CENTER
80 S 8TH ST
MINNEAPOLIS,MN 55402-2100

**Records from:**
UW HEALTH
8501 EXCELSIOR DR
MADISON,WI 53717

**Requested By:** LITTLER MENDELSON PC
**Patient Name:** CLACKS STANFORD
**DOB :** 09/25/1992

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Elect) 1 | 13 | 0.00 | 0.00 |
| Electronic Data Archive Fee | | | 2.00 |
| Subtotal | | | 2.00 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 2.00 |
| Balance Due | | | 2.00 |

**Terms: Net 30 days**    **Please remit this amount : $2.00(USD)**

---------------------------------✂---------------------------------

**Ciox Health**

P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Get future medical records as soon as they are processed, by signing up for secure electronic delivery.
Register at: https://edelivery.cioxhealth.com

| | |
|---|---|
| Invoice #: | 0371292615 |

Check #_____

Payment Amount $_____

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

Case: 3:21-cv-00611-jdp   Document #: 66   Filed: 05/09/23   Page 7 of 14   -->WM 02/16/23
047514.1077 QT10966
Subpoenaed docs from McLane



February 15, 2023

Susan Esparza
McLane Company, Inc.
Direct dial:  254.770.5378
Fax:  254.771.7515
susan.esparza@mclaneco.com

**VIA FEDEX**
**VIA OneDrive: QTrang@littler.com**

    **Re: Stanford Clacks**

Littler Mendelson, PC
Attn: Quang Trang
80 S. 8th street Suite 1300
Minneapolis, MN 55402-2136

Dear Mr. Trang:

    Please be advised that our office is in receipt of your records request regarding the above-referenced individual. I wanted to let you know that Mr. Clacks was hired on October 26, 2021 and then he resigned on May 4, 2022. He was rehired by the same division on June 22, 2022 and resigned again on July 4, 2022. Enclosed please find said records. Within 15 days of receipt, please forward a check to my attention in the amount of $28.50 made payable to McLane Company, Inc. at PO Box 6115, Temple, TX 76503. Payment reflects copying charges of $.10/page for 35 pages, plus a $25.00 administrative and delivery cost reimbursement fee. Our TAX ID is 74-1478631.

    If you have any questions, please do not hesitate to contact me at 254-770-5378 and I will be happy to assist you.

Sincerely,

/s/

Susan Esparza
Executive Assistant
McLane Legal Department

P.O. Box 6115 / 4747 McLane Parkway
Temple, TX 76503

MCLANECO.COM

| Form **W-9** (Rev. October 2018) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** ▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | **Give Form to the requester. Do not send to the IRS.** |
|---|---|---|

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
McLane Company, Inc.

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC   ☑ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.
PO Box 6115

**6** City, state, and ZIP code
Temple, TX 76503

Requester's name and address (optional)

**7** List account number(s) here (optional)

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**
☐☐☐ – ☐☐ – ☐☐☐☐

or

**Employer identification number**
7 4 – 1 4 7 8 6 3 1

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**  Signature of U.S. person ▶ *[signature]*   Date ▶ 4/29/2022

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments**. For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X    Form **W-9** (Rev. 10-2018)

Reference 2/1/2022-5/1/2023

| Ticket Date Time | Caller Reference POD | From | To | Charge Detail | | Total | |
|---|---|---|---|---|---|---|---|
| Account: | LITTLER | LITTLER MENDELSON | | | | | |
| 417124 3/29/2022 4:13 PM | KIM BROGREN 047514.1077 SERVED 3/30 | LITTLER MENDELSON 80 SOUTH 8TH STREET #1300 MINNEAPOLIS, MN 554 United States | McLANE FOODSERVICE, INC., c/o CT Corp 301 S. BEDFORD ST, STE. 1 MADISON, WI 53703 United States SERVED 3/30 4/2/2022 1:00 PM | RUSH SVC Weight Wait Time Pieces Boxes Print Charge Witness Fee | 272.45 0.00 0.00 0.00 0.00 50.00 0.00 | 195.00 0.00 0.00 0.00 0.00 11.00 0.00 **206.00** | |
| 417125 3/29/2022 4:19 PM | KIM BROGREN 047514.1077 Bob Gustafson, Intake Specialist | LITTLER MENDELSON 80 SOUTH 8TH STREET #1300 MINNEAPOLIS, MN 554 United States | WAL-MART, INC. c/o CT Corp 1010 DALE ST. N. SAINT PAUL, MN 55117 United States Bob Gustafson, Intake Specialist 3/30/2022 1:28 PM | SERVICE Weight Wait Time Pieces Boxes Print Charge Witness Fee | 1.00 0.00 0.00 0.00 0.00 25.00 0.00 | 65.00 0.00 0.00 0.00 0.00 5.50 0.00 **70.50** | |
| 417126 3/29/2022 4:20 PM | KIM BROGREN 047514.1077 Peter Kraemer accounting manager | LITTLER MENDELSON 80 SOUTH 8TH STREET #1300 MINNEAPOLIS, MN 554 United States | MASTERSON STAFFING SOLUTIONS 3300 FERNBROOK LANE N., STE. 200 PLYMOUTH, MN 55447 United States Peter Kraemer accounting manager 3/30/2022 9:41 AM | Distance Weight Wait Time Pieces Boxes Print Charge Witness Fee | 13.00 0.00 0.00 0.00 0.00 0.00 0.00 | 75.00 0.00 0.00 0.00 0.00 0.00 0.00 **75.00** | |
| **Redacted** | | | | | | | |
| 418508 4/18/2022 2:52 PM | KIM BROGREN 047514.1077 served | LITTLER MENDELSON 80 SOUTH 8TH STREET #1300 MINNEAPOLIS, MN 554 United States | WELLSPRING TELEHEALTH, LLC, c/o CSC 211 E 7TH ST. STE. 620 AUSTIN, TX 78701 United States served 4/30/2022 5:44 PM | Distance Weight Wait Time Pieces Boxes Print Charge Witness Fee | 1170.45 0.00 0.00 0.00 0.00 0.00 0.00 | 195.00 0.00 0.00 0.00 0.00 0.00 0.00 **195.00** | |

**Platinum courier**

Reference 2/1/2022-5/1/2023

| Ticket Date Time Account: | Caller Reference POD LITTLER | From LITTLER MENDELSON | To | Charge Detail | | Total |
|---|---|---|---|---|---|---|
| 418001 4/12/2022 2:00 PM | KIM BROGREN KWIK TRIP - CLACKS, STANFORD - 0 served | LITTLER MENDELSON 80 SOUTH 8TH STREET #1300 MINNEAPOLIS, MN 554 United States | FedEx Ground Package Systems, Inc. C/o CT Corporation System 301 S. Bedford St., Suite 1 Madison, WI 63703 United States served 4/15/2022 8:43 PM | Distance Weight Wait Time Pieces Boxes Print Charge Witness Fee | 272.42 0.00 0.00 0.00 0.00 0.00 0.00 | 185.00 0.00 0.00 0.00 0.00 0.00 0.00 |
| | | | | | | **185.00** |
| 418002 4/12/2022 2:02 PM | KIM BROGREN KWIK TRIP - CLACKS, STANFORD - 0 served | LITTLER MENDELSON 80 SOUTH 8TH STREET #1300 MINNEAPOLIS, MN 554 United States | Pepsi Beverage Company C/o CT Corporation System 301 S. Bedford St., Suite 1 Madison, WI 63703 United States served 4/15/2022 8:43 PM | Distance Weight Wait Time Pieces Boxes Print Charge Witness Fee | 272.42 0.00 0.00 0.00 0.00 0.00 0.00 | 75.00 0.00 0.00 0.00 0.00 0.00 0.00 |
| | | | | | | **75.00** |



Reference 2/1/2022-5/1/2023

| Ticket Date Time Account: | Caller Reference POD LITTLER | From LITTLER MENDELSON | To | Charge Detail | | Total |
|---|---|---|---|---|---|---|
| 434371 2/7/2023 1:19 PM | Kim Brogren 047514.1077 | LITTLER MENDELSON 80 SOUTH 8TH STREET #1300 MINNEAPOLIS, 55402 United States | J.B. Hunt Transport, Inc 33 East Main St., Suite 610 Madison, WI 53703 United States | Distance Weight Wait Time Pieces Boxes Print Charge Witness Fee | 271.93 0.00 0.00 0.00 0.00 0.00 0.00 | 185.00 0.00 0.00 0.00 0.00 0.00 0.00 |
| | | | | | | 185.00 |

**Redacted**

Reference 2/1/2022-5/1/2023

| Ticket Date Time Account: | Caller Reference POD LITTLER | From LITTLER MENDELSON | To | Charge Detail | | Total |
|---|---|---|---|---|---|---|
| 430803 12/2/2022 3:41 PM | Kim Brogren 115027.1001 served | LITTLER MENDELSON 80 SOUTH 8TH STREET #1300 MINNEAPOLIS, MN 554 United States | Outreach C/o GKL Registered Agents, Inc. 2716 SW Elmgrove St. Seattle, WA 98126 United States served 12/14/2022 1:48 PM | service Weight Wait Time Pieces Boxes Print Charge Witness Fee | 1.00 0.00 0.00 0.00 0.00 0.00 0.00 | 250.00 0.00 0.00 0.00 0.00 0.00 0.00 |
| | | | | | | 250.00 |





**Veritext, LLC - Midwest Region**
Tel. 612-339-0545 Email: billing-chi@veritext.com
Fed. Tax ID: 20-3132569

| | |
|---|---|
| Bill To: Jacqueline E. Kalk<br>Littler Mendelson PC<br>80 South 8th Street<br>Suite 1300<br>Minneapolis, MN, 55402-2136 | Invoice #: **5771601**<br>Invoice Date: **5/12/2022**<br>Balance Due: **$1,280.00** |

**Case: Clacks, Stanford v. Kwik Trip, Inc. (21CV611)** — **Proceeding Type: Depositions**

Job #: 5146578 | Job Date: 4/26/2022 | Delivery: Normal    Client Matter #: 047514.1077
Location:   Madison, WI
Billing Atty:   Jacqueline E. Kalk
Scheduling Atty:   Emily A. McNee | Littler Mendelson PC

| Witness: Stanford Clacks | Quantity | Price | Amount |
|---|---:|---:|---:|
| Original with 1 Certified Transcript | 210.00 | $4.05 | $850.50 |
| Attendance | 1.00 | $150.00 | $150.00 |
| Exhibits | 33.00 | $0.50 | $16.50 |
| Litigation Package-Secure File Suite | 1.00 | $24.00 | $24.00 |
| Conference Suite & Amenities | 1.00 | $225.00 | $225.00 |
| Electronic Delivery and Handling | 1.00 | $14.00 | $14.00 |

Notes:

| | |
|---|---:|
| Invoice Total: | $1,280.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,280.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454 ABA: 071000288<br>SWIFT: HATRUS44<br>Pay by Credit Card: www.veritext.com | Invoice #: **5771601**<br>Invoice Date: **5/12/2022**<br>Balance Due: **$1,280.00** |

53791



**WM 07.07.22**
**047514.1077 JEK2131**
**Print/folder three sets of depo docs**

# Invoice

**Corporate Office**
Xact Data Discovery
5800 Foxridge Dr, Suite 406
Mission, Kansas 66202
Tax ID: 43-1685216

**Remittance Address**
PO Box 714800
Cincinnati, Ohio 45271-4800
Tax: 43-1685216

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 4/30/2022 | 22-040050 |

**Invoice To:**

Littler Mendelson
Theresa Peterson
80 S. Eighth Street, Suite 1300
Minneapolis, MN 55402
United States

| Engagement No. | Contact | PO Number | | Payment Terms |
|---|---|---|---|---|
| 109246-P00001 | Theresa Peterson | 047514-1077 | | NET 30 |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| B/W Prints | 858.00 | EACH | $0.12 | $102.96 |
| Color Prints | 435.00 | EACH | $0.55 | $239.25 |
| Custom File Folders | 94.00 | EACH | $1.50 | $141.00 |
| Redweld | 1.00 | EACH | $5.00 | $5.00 |
| Hand Labor | 1.00 | EACH | $75.00 | $75.00 |

|  |  |
|---|---|
| Subtotal | $563.21 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $563.21 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Xact Data Discovery.

**Bank Information**

Bank Name: Key Bank Account Name: Xcellence, Inc. d/b/a Xact Data Discovery Account Number: 359681503124 / Routing Number: 041001039 / SWIFT Code: KEYBUS33 For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com Please include invoice number(s) to ensure proper credit.

XCL

Page: 1 of 1